**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-2063

_____

MICHAEL P. LEHTONEN,
Appellant
v.
GOVERNOR OF THE VIRGIN ISLANDS; et al.

_____

No. 13-2064

_____

MICHAEL P. LEHTONEN,
Appellant
v.
BRENDA J. HOLLAR; KATHLEEN MACKAY; JAMES CARROLL, III

_____

(D.C. Nos. 3-11-cv-00134, 3-12-cv-00012)

_____

ORDER

_____

At the direction of the Court the opinion and judgment entered in this matter on

December 12, 2014 are hereby VACATED as being entered prematurely. A revised

opinion and judgment shall be entered.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Dated: December 15, 2014
JK/cc: All Counsel on Record